NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTIS D. WITHERSPOON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-6038 |
| COMMONWEALTH OF, VIRGINIA, CITY OF FREDERICKSBURG, and LAVERN BRAVIA | ) **ORDER** |
| Defendant. | ) |

**LINARES**, District Judge.

This matter having come before the Court on Plaintiff's submission on October 31, 2008 of an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This Court, however, having already granted Plaintiff's application to proceed in forma pauperis on June 30, 2008,

IT IS on this 10th day of November, 2008,

**ORDERED** that Plaintiff's application to proceed in forma pauperis filed with this Court on October 31, 2008 is hereby DENIED as moot.

Jose L. Linares
United States District Judge